**UNITED STATES DISTRICT COURT**
**Western District of Washington**

**JUDGMENT IN A CIVIL CASE**

**JOEL HODGELL**

    v.                      CASE NUMBER: **C02-1232Z**

**GO ENTERTAINMENT INC., et al.**

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT

Judgement is hereby entered in favor of plaintiff Joel Hodgell in the amount of $179,000 in statutory damages.

The defendant shall reimburse plaintiff $250.00 for his attorneys' fees and costs in bringing the motion to compel.

The Court further awards plaintiff $29,347.50 in fees, $325.00 in costs, for a total amount of $29,672.50.

                                          BRUCE RIFKIN, Clerk

                                          /s/ Casey Condon
**August 20, 2004**                       By _____
Date                                    Casey Condon
                                            Deputy Clerk